### Roy Franklin ECHOLS, Jr., Petitioner—Appellant,

v.

### Ronald J. ANGELONE, Director of Virginia Department of Corrections, Respondent—Appellee.

### No. 05–7118.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 22, 2005.

Decided: Dec. 30, 2005.

251

Roy Franklin Echols, Jr., Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roy Franklin Echols, Jr., appeals the district court's order denying his motion to refund the appellate filing fee paid in a prior appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Echols v. Angelone,* No. CA–01–155–3–REP (E.D. Va. June 30, 2005). We grant permission to proceed in forma pauperis in this appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*